April 20, 2012

Mr. Leif Alexander Olson
Welsh & Chapoton LLP
8 Greenway Plaza, Suite 1120
Houston, TX 77046
Mr. Paul S. Radich
Andrews Kurth LLP
600 Travis Suite 4200
Houston, TX 77002

RE: Case Number: 10-0969
 Court of Appeals Number: 09-09-00524-CV
 Trial Court Number: 07-08-08150-CV

Style: THE MANSIONS IN THE FOREST, L.P., AND THE ESTATES-WOODLAND,
 L.P.
 v.
 MONTGOMERY COUNTY, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Mark Turnbull |
| |Ms. Carol Anne |
| |Flores |